IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL DOPORTO,

    Plaintiff,

v.                                                   CV 10-145 JCH/WPL

CHAN KIM, et al.,

    Defendants.

**ORDER EXTENDING EXPERT DISCLOSURE DEADLINE**

At a hearing before the Court on July 6, 2012, Defendants requested an approximately five-week extension of their expert disclosure deadline. Plaintiff did not object. The Court found good cause for the request and granted the extension.

IT IS THEREFORE ORDERED that Defendants shall identify in writing any expert witness to be used at trial and provide expert reports or other disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) & (C) no later than **September 4, 2012**.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.