IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL DOPORTO,

    Plaintiff,

v.                                      CV 10-0145 JCH/WPL

CHAN KIM, et al.,

    Defendants.

**ORDER STRIKING NOTICES OF SUBSTITUTION OF COUNSEL**

On August 30, 2012, Jon C. Fredlund filed a notice of Substitution of Counsel, giving notice of his substitution for Plaintiff's counsel, Alexander Ching. (Doc. 104.) Fredlund filed the same notice again on September 7, 2012. (Doc. 106.) On September 21, 2012, Defendants filed a response opposing the withdrawal of Ching since there are a number of motions for sanctions against him pending in this matter. (Doc. 114.)

The Local Rules outline the proper procedure for withdrawing as counsel and for filing a notice of appearance. *See* D.N.M.LR-Civ. 83.4 & 83.8. Filing a notice of substitution is not one of them. Since this notice does not comport with the Rule's requirements for a motion and an indication of the client's consent, I *sua sponte* strike both notices of Substitution of Counsel. (Doc. 104; Doc. 106.) I direct the Clerk's Office to remove Fredlund as counsel for Plaintiff at this time.

    IT IS SO ORDERED.

                                                          _____
                                                          William P. Lynch
                                                          United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.