IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL DOPORTO,

     Plaintiff,

v.                                                           CV 10-0145 JCH/WPL

CHAN KIM, et al.,

     Defendants.

## ORDER GRANTING MOTION
## FOR ATTORNEYS' FEES AND COSTS

     On October 15, 2012, I granted Defendants' motion to compel in part and awarded Defendants reasonable costs and attorneys' fees. (Doc. 129.) On October 19, 2012, Defendants filed a motion for attorneys' fees and cost in the amount of $1,139.55. (Doc. 131.) Plaintiff's response was due on November 5, 2012, but he did not file a response in opposition. *See* FED. R. CIV. P. 6(d); D.N.M.LR-Civ. 7.4(a). The failure to respond in opposition constitutes consent to grant the motion. *See* D.N.M.LR-Civ. 7.1(b). Accordingly, I grant Defendants' motion for attorneys' fees and costs and order Plaintiff to pay Defendant within thirty days from the entry of this order.

     IT IS SO ORDERED.

                                                                                 _____
                                                                                 William P. Lynch
                                                                                 United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.